# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

128755

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 128755
COA: 260890
Genesee CC: 03-013153-FC

JOHN MICHAEL CADARETTE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 15, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether defendant must be given the opportunity to withdraw his plea for failure of the Genesee Circuit Court to honor a sentence agreement under *People v Cobbs*, 443 Mich 276 (1993). In all other respects leave to appeal is DENIED.

      We do not retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

d1221

Clerk